# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**SARAH PIERCE**                                                          **PLAINTIFF**

**v.**                             **Case No. 4:19-cv-00306 KGB**

**IDEAL IMAGE,** *et al.*,                                        **DEFENDANTS**

## ORDER

Before the Court is plaintiff Sarah Pierce's motion for dismissal with prejudice (Dkt. No. 16). Ms. Pierce states that the parties have reached a settlement of all disputed claims in this matter, and she wishes to dismiss with prejudice all claims asserted in this lawsuit (*Id.*, ¶¶ 1-2). The parties will be responsible for their own fees and costs involved in this lawsuit (*Id.*, ¶ 3). For good cause shown, the Court grants Ms. Pierce's motion for dismissal with prejudice (Dkt. No. 16). The Court dismisses this action with prejudice, and each party will bear its own fees and costs.

So ordered this 4th day of February 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge